1  JEFFREY D. GOLDMAN (Bar No. 155589),
   JGoldman@jmbm.com
2  RYAN S. MAUCK (Bar No. 223173), RMauck@jmbm.com
   BRIAN M. YATES (Bar No. 241798), BYates@jmbm.com
3  JEFFER MANGELS BUTLER & MITCHELL LLP
   1900 Avenue of the Stars, Seventh Floor
4  Los Angeles, California  90067-4308
   Telephone:     (310) 203-8080
5  Facsimile:     (310) 203-0567

6  Attorneys for Defendant UMG RECORDINGS, INC.

7

8                     UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| | |
|---|---|
| CARLTON DOUGLAS RIDENHOUR, d/b/a "CHUCK D", INDIVIDUALLY AND AS A MEMBER OF "PUBLIC ENEMY", ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>             Plaintiff,<br><br>     v.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>             Defendant. | CASE NO.    11-CV-05321-SI<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO ADVANCE CASE MANAGEMENT CONFERENCE DATE AND HEARING DATE ON DEFENDANT UMG RECORDINGS, INC.'S MOTION TO DISMISS |

8488504v1

- 1 -     [Proposed] Order

Pursuant to the stipulation between plaintiff Carlton Douglas Ridenhour, d/b/a "Chuck D", individually and as a member of "Public Enemy" ("Plaintiff") and defendant UMG Recordings, Inc. ("UMGR"), and good cause appearing therefor, the Court orders as follows:

1. The Case Management Conference and the hearing on UMGR's Motion to Dismiss Plaintiff's Third Cause of Action for open book account are set for February 10, 2012, at 2:30 p.m. 9:00 a.m., respectively.

IT IS SO ORDERED.

Date: ___1/12_____, 2012        _____
                                     HON. SUSAN ILLSTON
                                     UNITED STATES DISTRICT JUDGE

PRINTED ON RECYCLED PAPER

JMBM Jeffer Mangels Butler & Mitchell LLP