**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOMBIE ET AL,<br><br>    Plaintiff,<br><br>  v.<br><br>UMG RECORDINGS, INC.,<br><br>    Defendant.<br>_____/ | No. **C 11-5321 SI**<br>**Consolidated with C 12-1289 SI and C 12-1305 SI**<br><br>**ORDER ADMINISTRATIVELY CLOSING CASES** |

    The Court consolidated these actions with the lead case C-11-1616 SI on April 16, 2012. That Order directed that all filings be made in the lead case, therefore these cases shall be administratively closed by the clerk.

    **IT IS SO ORDERED.**


Dated: 3/13/14

                                                   SUSAN ILLSTON<br>
                                                 UNITED STATES DISTRICT JUDGE